# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| INS2 | E2333626 | Sansonetti | 2241 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 02/03/2026  1146 | 38 CFR 1.218(b)(11) |

Place of Offense: 1141 S California Ave Chicago, IL 60612

Offense Description: Factual Basis for Charge: HAZMAT ☐
Disorderly Conduct

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Bracey | Markus | A |

▓▓▓ (redacted) ▓▓▓

### APPEARANCE IS REQUIRED
A. ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B. ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250  Forfeiture Amount
+ $30  Processing Fee
$ 280  Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: Dirksen Federal Building 219 S Dearborn St Chicago, IL
Date: 05/11/2026
Time: 0930

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

CVB SCAN 04/15/2026 10:21

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2-3, 2026 while exercising my duties as a law enforcement officer in the Northern District of Illinois.

On February 3, 2026, at approximately 1120 hours, I, Sergeant John Sansonetti #2241, accompanied by Officer D. Wheatley, responded to the VA Community Resources and Referral Center (CRRC), located at 1141 S. California Ave., Chicago, Illinois, regarding a reported threat made by Markus Bracey (DOB: 08/11/1970). On February 2, 2026, at approximately 1930 hours, Bracey made a verbal threat to staff associated with the CRRC, stating that if his housing demands were not met, he would come to the CRRC with a pistol. On February 3, 2026, at approximately 0959 hours, Bracey reiterated this threat during a Microsoft Teams conversation with a VA call center Social worker. Screenshots of this communication were provided to me and digitally uploaded into the incident report. Upon arrival at the CRRC, I spoke with Supervisor Social Worker Chelsea Kelley, who confirmed receipt of the threatening communication and expressed concern regarding Bracey's intent. Although Bracey later claimed he did not intend to carry out the threat, the statements caused alarm to staff and disrupted the normal operations of the federal facility. At approximately 1146 hours, Bracey arrived at the CRRC. Due to the prior threat, he was subjected to a pat-down search for weapons; none were found. Bracey was escorted to the Veterans Mental Evaluation Team (VMET) office. At approximately 1249 hours, Bracey was advised of his Miranda Rights, which he acknowledged understanding. During questioning, Bracey admitted making the statement about possessing a firearm out of frustration to expedite his housing situation. Bracey's conduct, making a threat of armed violence toward a federal facility and its staff—was disorderly in nature and caused fear, disruption, and concern for public safety within the VA CRRC. Based on the totality of the circumstances, there is probable cause to believe that Markus Bracey violated 38 CFR § 1.218(a)(11), Disorderly Conduct, on federal property.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/03/2026
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/15/2026 10:21